# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALPHA, LLC | ) | No. 11-03976 |
| | ) | Chapter 11 |
| Debtors. | ) | Judge Lundin |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

The undersigned, Maximilian R. Loosen, hereby enters his appearance as counsel for Thomas S. Hutchinson, creditor and party-in-interest in the above-captioned case, and, pursuant to Rule 2002(i) of the Federal Rules of Bankruptcy Procedure, on behalf of such creditor, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in these cases, whether sent by the Court, the Debtor(s), or any other party-in-interest in these cases, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Maximilian R. Loosen
102 Woodmont Boulevard
The Woodmont Centre, Suite 120
Nashville, TN 37205
(615) 630-6601 - Telephone
(615) 630-6602 - Facsimile
mloosen@puryearlawgroup.com E-mail

186431.1

Respectfully submitted,

*/s/ Maximilian R. Loosen*
Maximilian R. Loosen; No. 27388
102 Woodmont Boulevard
The Woodmont Centre, Suite 120
Nashville, TN 37205
(615) 630-6601 - Telephone
(615) 630-6602 – Facsimile
mloosen@puryearlawgroup.com  E-mail

Attorneys for Thomas S. Hutchinson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to those parties specifically requesting electronic service. The following parties will also be served via first class, U.S. Mail, postage prepaid:

T. Larry Edmondson, Sr.
Attorney at Law
800 Broadway, 3rd Floor
Nashville, TN37203

Charles M. Walker
Office of U.S. United States Trustee
318 Customs House
701 Broadway
Nashville, TN 37203


on this the 3rd day of May, 2011.

The parties may access this filing through the Court's electronic filing system.

*/s/Maximilian R. Loosen*
Maximilian R. Loosen