# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ALPHA, LLC** ) | Case 11-03976 |
|     Debtor. ) | Chapter 11 |
| ) | Judge Keith M. Lundin |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance on behalf of Dr. Dana Bannerman, a creditor and party-in-interest in the above-captioned case, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in this case, whether sent by the Court, the Debtors, or any other party-in-interest in this case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Thomas H. Forrester
Gullett, Sanford, Robinson & Martin, PLLC
P.O. Box 198888
Nashville, TN 37219-8888
Phone -- (615) 244-4994
Fax -- (615) 256-6339
tforrester@gsrm.com; bke@gsrm.com

/s/ Thomas H. Forrester
Thomas H. Forrester
Gullett, Sanford, Robinson & Martin, PLLC
315 Deaderick Street, Suite 1100
P.O. Box 198888
Nashville, TN  37219-8888
(615) 244-4994
tforrester@gsrm.com; bke@gsrm.com

*Attorneys for Dr. Dana Bannerman*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Thomas H. Forrester
Thomas H. Forrester

436072.1/2011341