# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALPHA, LLC** | ) | **Case No. 3:11-bk-03976** |
| | ) | **Judge Keith M. Lundin** |
| **Debtors(s)** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the attorneys named below appear for and on behalf of Entrust Tennessee fbo Jeff Kolb IRA ("Entrust") for all purposes in connection with this case. Entrust requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and that the name and address of the following attorney for Entrust be added to all mailing matrices in this case:

>Robert J. Walker
>Andrew J. Ross
>Walker, Tipps & Malone PLC
>150 Fourth Avenue, North
>2300 One Nashville Place
>Nashville, TN  37219-2424
>Telephone:  (615) 313-6000
>Facsimile:  (615) 313-6002
>Email:   aross@walkertipps.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case.  By submitting this notice of appearance, Entrust is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Entrust expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any manner or proceeding to which it may be a party.

Dated: May ___, 2011.

                Respectfully submitted,

                /s/ Andrew J. Ross
                Robert J. Walker (#2498)
                Andrew J. Ross (#28350)
                WALKER, TIPPS & MALONE PLC
                2300 One Nashville Place
                150 Fourth Avenue, North
                Nashville, TN 37219-2424
                (615) 313-6000

                *Attorneys for Entrust Tennessee fbo Jeff Kolb IRA*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of May, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties were served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                /s/ Andrew J. Ross

84839